IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-753 |
| HAROLD YOUNG | : | |

### ORDER

AND NOW, this 10th day of June, 2016, upon consideration of the Government's Motion to Dismiss Counts, it is hereby

**O R D E R E D**

that Counts Seven through Nine are dismissed.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
United States District Court Judge